MEREDITH DESAUTELS (Bar No. 259725)
MARIA RAMIU (Bar No. 146497)
YOUTH LAW CENTER
832 Folsom Street, Suite 700
San Francisco, CA 94107
Telephone: 415-543-3379
Facsimile: 415-956-9022
Email: mdesautels@ylc.org
Email: mramiu@ylc.org

ZIWEI SONG (Bar No. 313842)
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: ksong@cov.com

*Counsel for Plaintiffs*
TUREKO STRAUGHTER AND K.R.

DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
KELLY COLLINS, State Bar #277988
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:   (415) 554-3914
Facsimile:   (415) 554-3837
E-Mail:      kelly.collins@sfcityatty.org

*Attorneys for Defendants*
CITY AND COUNTY OF SAN FRANCISCO,
ALLEN NANCE, SAMUEL NWIGWE,
TONI POWELL, ROGER GAINEY,
AND KAREN SANCHEZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUREKO STRAUGHTER, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | Case No.: 18-cv-03651-EDL<br><br>MODIFIED [PROPOSED] **ORDER ON STIPULATION AND JOINT REQUEST TO VACATE CASE MANAGEMENT DEADLINES**<br><br>Trial Date: February 3, 2020 |

MODIFIED
~~[PROPOSED]~~ **ORDER**

The Court has considered the Parties' Stipulation and Joint Request to Vacate Case Management Deadlines, and it is hereby granted. The Court hereby vacates the following case management deadlines:

- Last day for fact discovery: June 21, 2019
- Last day to hear dispositive motions: October 22, 2019

This order does not affect any other case management deadlines.
A further case management conference is set for August 6, 2019.

**IT IS SO ORDERED.**

DATED: March 15, 2019



ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE