MEREDITH DESAUTELS (Bar No. 259725)
MARIA RAMIU (Bar No. 146497)
YOUTH LAW CENTER
832 Folsom Street, Suite 700
San Francisco, CA 94107
Telephone: 415-543-3379
Facsimile: 415-956-9022
Email: mdesautels@ylc.org
Email: mramiu@ylc.org

ZIWEI SONG (Bar No. 313842)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: ksong@cov.com

*Counsel for Plaintiffs Tureko Straughter and K.R.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUREKO STRAUGHTER, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | Case No.: 18-cv-03651-EDL<br><br>**NOTICE OF WITHDRAWAL OF REBEKAH EVENSON AS COUNSEL FOR PLAINTIFFS**<br><br>Trial Date: February 3, 2020 |

1  **TO THE COURT AND ALL COUNSEL OF RECORD:**

2  PLEASE TAKE NOTICE that Plaintiffs Tureko Straughter and K.R. respectfully submit this notice of

3  withdrawal of appearance of Rebekah Evenson. Effective immediately Ms. Evenson is to be removed

4  from the electronic notice system and all activity for this matter. Plaintiffs remain represented in this

5  matter by Youth Law Center, Covington & Burling, and the undersigned counsel.

7  DATED:  May 31, 2019          Respectfully submitted,

8                                 By:    /s/
                                   Meredith Desautels Taft (Bar No. 259725)
9                                  Maria Ramiu (Bar No. 146497)
                                   YOUTH LAW CENTER

11                                 Ziwei Song (Bar No. 313842)
                                   COVINGTON & BURLING LLP

                                   *Attorneys for Plaintiffs*