DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
KELLY COLLINS, State Bar #277988
SHEILA JOHNSON, State Bar #284468
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3914
Telephone:    (415) 554-3859
Facsimile:    (415) 554-3837
E-Mail:       kelly.collins@sfcityatty.org
E-Mail:       sheila.johnson@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
ALLEN NANCE, SAMUEL NWIGWE, TONI POWELL,
ROGER GAINEY, AND KAREN SANCHEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUREKO STRAUGHTER, individually and as the guardian for minor K.R.; and K. R., a minor, by and through his guardian TUREKO STRAUGHTER<br><br>        Plaintiffs,<br><br>        vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ALLEN NANCE, SAMUEL NWIGWE, TONI POWELL, ROGER GAINEY, KAREN SANCHEZ, and Does 1-30, inclusive,<br><br>        Defendants. | Case No. 18-cv-03651 EDL<br><br>**DEFENDANTS' NOTICE OF UNAVAILABILITY OF COUNSEL**<br><br>Trial Date:        February 3, 2020 |

**TO PLAINTIFFS AND TO THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that, counsel for Defendants City and County of San Francisco, Allen Nance, Samuel Nwigwe, Toni Powell, Roger Gainey, and Karen Sanchez (Collectively "Defendants") Deputy City Attorney Sheila Johnson will be unavailable for depositions, motions, court appearances, filing oppositions to motions and responding to discovery requests and similar matters that require her immediate attention from close of business on July 25, 2019 up until August 4, 2019.  Further, Ms. Johnson is the sole attorney responsible for this matter; therefore, scheduling matters during the above period could subject the offending party or counsel to sanctions.  *Tenderloin Housing Clinic, Inc. v. Sparks* (1992) 8 Cal.App.4th 299.

Dated:  June 14, 2019

                                      DENNIS J. HERRERA
                                      City Attorney
                                      CHERYL ADAMS
                                      Chief Trial Deputy
                                      KELLY COLLINS
                                      SHEILA JOHNSON
                                      Deputy City Attorneys

                          By:  */s/ Sheila Johnson*
                                      SHEILA JOHNSON

                                      Attorneys for Defendants
                                      CITY AND COUNTY OF SAN FRANCISCO,
                                      ALLEN NANCE, SAMUEL NWIGWE,
                                      TONI POWELL, ROGER GAINEY, AND
                                      KAREN SANCHEZ