UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUREKO STRAUGHTER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No.18-cv-03651-EDL<br><br>**ORDER GRANTING STIPULATED REQUEST TO ENLARGE TIME FOR DISCOVERY; ORDER REQUIRING EXPLANATION REGARDING STIPULATED REQUEST TO SHORTEN TIME FOR BRIEFING**<br><br>Re: Dkt. No. 74 |

On September 12, 2019, the parties filed a stipulated request to enlarge time for discovery and shorten time for briefing a motion for sanctions.

The parties requested that the fact discovery cut-off be continued from September 30, 2019 to November 15, 2019. The Court GRANTS the parties' request as it relates to the fact discovery cut-off. All non-expert discovery shall be completed no later than November 15, 2019.

The parties also requested to shorten the time to brief and hear Plaintiffs' anticipated motion for sanctions. The parties have not provided any justification for their request to shorten time. Plaintiffs are ordered to provide a brief statement explaining why this motion for sanctions must be expedited. Defendants may also file a brief statement. These brief statements should not exceed two pages and must be filed no later than September 17, 2019.

**IT IS SO ORDERED.**

Dated: September _13_, 2019

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge