MEREDITH DESAUTELS (Bar No. 259725)
MARIA RAMIU (Bar No. 146497)
YOUTH LAW CENTER
832 Folsom Street, Suite 700
San Francisco, CA 94107
Telephone: 415-543-3379
Facsimile: 415-956-9022
Email: mdesautels@ylc.org
Email: mramiu@ylc.org

ZIWEI SONG (Bar No. 313842)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: ksong@cov.com

*Counsel for Plaintiffs Tureko Straughter and K.R.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUREKO STRAUGHTER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No.: 18-cv-03651-EDL <br><br> **PLAINTIFFS' STATEMENT RE STIPULATED REQUEST TO SHORTEN TIME FOR BRIEFING ON MOTION FOR SANCTIONS** |

Plaintiffs Tureko Straughter and K.R. respectfully submit this statement in response to the Court's order dated September 13, 2019, requiring Plaintiffs "to provide a brief statement explaining why [their] motion for sanctions must be expedited." *See* Dkt. 75.

Plaintiffs requested expedited briefing and hearing on their motion for sanctions, filed concurrently herewith, for three reasons.

*First*, as detailed in Plaintiffs' motion, the progress of this case has been repeatedly delayed, and Plaintiffs have suffered substantial prejudice, as a result of Defendants' abusive litigation tactics over the past eight months. Plaintiffs appreciate the Court's continuance of the fact discovery cut-off to November 15, 2019, and will do what they can to remedy the prejudice from Defendants' discovery misconduct during that time. To make full use of the time extension, however, Plaintiffs seek to put an end to Defendants' misconduct as quickly as possible, and to deter future misconduct that might otherwise continue to plague this case during the remainder of fact discovery.

*Second*, the parties are mindful of the Court's guidance at the last case management conference on August 6, 2019, regarding motion practice, including that any motions filed in the next few weeks should leave the Court sufficient time to prepare an order if a decision is to issue before the case is reassigned. Plaintiffs' motion for sanctions is heavily intertwined with the procedural history of this case, including unrecorded oral discussions at past case management conferences, prior modifications to the case schedule, and prior discovery disputes. This Court, having presided over that history, is best situated to decide the motion. If the motion is not heard or decided until after reassignment, another judge will have to expend additional time and judicial resources coming up to speed on the procedural history—and even then, they will not be able to fully replicate this Court's familiarity with all the relevant facts. An expedited briefing and hearing schedule will reserve more time for the Court to consider the parties' respective positions and issue a decision.[1]

---

[1] Plaintiffs note that the Court is unavailable on October 22, 2019, when the motion for sanctions would be heard on the default 35-day schedule. *See* Calendar for: Magistrate Judge Elizabeth D. Laporte (last visited Sept. 16, 2019), *available at* http://www.cand.uscourts.gov/CEO/cfd.aspx?71BJ. The last available date and time for motions currently reflected on the Court's calendar is October 1, 2019, which is the hearing date the parties proposed in their stipulated request. *See id.*; Dkt. 74 at 3.

*Third*, the parties' next settlement conference with Magistrate Judge Jacqueline Scott Corley is set for September 24, 2019, the same day that Defendants' opposition would be due under the parties' proposed expedited briefing schedule. The parties will be better positioned to discuss at least the attorneys' fees portion of any prospective settlement if, at minimum, both sides have put forth in writing their formal positions on Plaintiffs' request for reasonable attorneys' fees and costs associated with Defendants' discovery misconduct.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant the parties' stipulated request and expedite briefing and hearing on Plaintiffs' motion for sanctions.

Dated: September 17, 2019

Respectfully submitted,

By: /s/ Meredith Desautels Taft
Meredith Desautels Taft (Bar No. 259725)
Maria Ramiu (Bar No. 146497)
YOUTH LAW CENTER

Ziwei Song (Bar No. 313842)
COVINGTON & BURLING LLP

*Attorneys for Plaintiffs*