UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUREKO STRAUGHTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No.18-cv-03651-EDL <br><br> **ORDER DENYING STIPULATED REQUEST TO SHORTEN TIME FOR BRIEFING A MOTION FOR SANCTIONS; ORDER REQUIRING DEFENDANTS TO RESPOND TO MOTION TO COMPEL CONTAINED WITHIN SANCTIONS MOTION** <br><br> Re: Dkt. No. 76 |

On September 12, 2019, the parties filed a stipulated request to shorten time for briefing a motion for sanctions. The Court ordered Plaintiffs to provide a brief statement explaining why this motion for sanctions must be expedited. Plaintiffs filed their brief statement on September 17, 2019. Dkt. No. 76. Plaintiffs also filed their motion for sanctions on September 17, 2019. Dkt. No. 77. Having reviewed the Plaintiffs' statement and motion for sanctions, the Court DENIES the stipulated request to shorten time for briefing a motion for sanctions. However, for reasons set forth below, the Court construes a portion of Plaintiff's motion for sanctions discussing a current discovery dispute as a motion to compel and ORDERS the parties to file additional briefing on these discreet issues. The Court will hold a hearing on this discovery dispute on October 1, 2019.

Having reviewed Plaintiffs' motion for sanctions, the Court has determined that Plaintiffs' motion is too multifaceted, with multiple allegations regarding different types of discovery, for the Court to issue a decision in the limited time remaining. While the Court is sensitive to Plaintiffs' concerns that their motion for sanctions is intertwined with the procedural history of this case, many of the alleged representations regarding discovery made by the parties occurred outside of the court and, thus, any argument regarding these alleged representations would be equally new to

any judge.  Plaintiffs need not be concerned that oral discussions at past case management conferences were unrecorded.  Case management conferences before this Court are recorded and Plaintiffs may refer to the FTR time indicated in the minute entry for each proceeding.  Defendants are ordered to file their response on the regular briefing schedule in accordance with the local rules.  Likewise, Plaintiffs may file their reply, if necessary, on the regular briefing schedule.

In Plaintiffs' motion for sanctions, Plaintiffs discuss a current discovery dispute regarding a spreadsheet of data on cases where the juvenile court found insufficient probable cause to detain a minor.  Dkt. No. 77 at 11-15.  The parties disagree on whether the work product doctrine applies to this spreadsheet.  While Plaintiffs have not formally moved to compel this spreadsheet as it should have in a separate motion, see Civil L.R. 7-8(a), in their motion for sanctions, Plaintiffs request the Court compel production of this probable cause data spreadsheet and allow Plaintiffs to re-depose fact witnesses on topics affected by Defendants' latest belated production of relevant documents.  Dkt. No. 77 at 21.  In the interest of efficiency, the Court will not require Plaintiffs to refile their request to compel as a separate motion.  The Court construes pages 11-15 of Plaintiffs' motion for sanctions, as well as Plaintiffs' request that the Court allow Plaintiffs to re-depose fact witnesses on topics affected by Defendants' latest belated production of relevant documents, as a motion to compel.  Defendants must file their response to these discreet issues no later than 12:00 pm on Tuesday, September 24, 2019 and Plaintiffs may file a reply, if necessary, no later than 12:00 pm on Wednesday, September 25, 2019.  The Court will hold a hearing on this discovery dispute on October 1, 2019 at 9:00 am.

**IT IS SO ORDERED.**

Dated: September 19, 2019

ELIZABETH D. LAPORTE
United States Magistrate Judge

2