

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102

*cand.uscourts.gov*

CASE NUMBER:  3:18-cv-03651-EDL
CASE TITLE:  Straughter v. City and County of San Francisco

### REASSIGNMENT ORDER RE:
### RETIREMENT OF MAGISTRATE JUDGE ELIZABETH D. LAPORTE

IT IS ORDERED that this case is reassigned to the Honorable Chief Magistrate Judge Joseph C. Spero in the San Francisco division. Counsel are instructed that all future filings shall bear the initials JCS immediately after the case number. It is expected that this case will later be reassigned to the Magistrate Judge appointed to replace Magistrate Judge Laporte.

All trial and pretrial conference dates scheduled within the next 120 days are vacated.  If the parties desire to have a trial within the next 120 days, they may request a case management conference before Judge Spero.  All hearings and motions remain as scheduled. Existing briefing schedules for motions remain unchanged. Other deadlines such as those for ADR compliance and discovery cutoff also remain unchanged.

Dated: 10/28/2019                                          FOR THE EXECUTIVE COMMITTEE


                                                           *Susan Y. Soong*
                                                           CLERK OF COURT

A true and correct copy of this order has been served by mail upon any pro se parties.