MEREDITH DESAUTELS (Bar No. 259725)
MARIA RAMIU (Bar No. 146497)
YOUTH LAW CENTER
832 Folsom Street, Suite 700
San Francisco, CA 94107
Telephone: 415-543-3379
Facsimile: 415-956-9022
Email*:* mdesautels@ylc.org
Email: mramiu@ylc.org

ZIWEI SONG (Bar No. 313842)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: ksong@cov.com

*Counsel for Plaintiffs Tureko Straughter and K.R.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUREKO STRAUGHTER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No.: 18-cv-03651-JCS <br><br> **JOINT STATUS REPORT** |

The parties respectfully submit this joint status report pursuant to the Court's order dated September 26, 2019.  *See* Dkt. 83.

The settlement in this matter went to the Board of Supervisors for the City and County of San Francisco on December 10, 2019, and has been assigned to the Government Audit and Oversight Committee. The settlement must still be agendized and heard by the Committee, and then referred back for a vote by the full Board, before it can be forwarded to the Mayor and approved for disbursement. The parties cannot accurately estimate how long this process will take because it is controlled by the Board, but do not anticipate any issues in getting the settlement approved.

The parties do not believe any action is needed from the Court at this time. If the Court is inclined to require a further status report, the parties respectfully recommend setting the next status report deadline for April 10, 2020.

Dated: December 20, 2019

Respectfully submitted,

By:  /s/
Meredith Desautels Taft (Bar No. 259725)
Maria Ramiu (Bar No. 146497)
YOUTH LAW CENTER

Ziwei Song (Bar No. 313842)
COVINGTON & BURLING LLP

*Attorneys for Plaintiffs*

By:  /s/
KELLY COLLINS
Deputy City Attorney

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy

*Attorneys for Defendants*

## ATTESTATION REGARDING SIGNATURES

Pursuant to Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.

DATED: December 20, 2019      By:   */s/Meredith Desautels Taft*
                                    Meredith Desautels Taft