MEREDITH DESAUTELS (Bar No. 259725)
MARIA RAMIU (Bar No. 146497)
YOUTH LAW CENTER
832 Folsom Street, Suite 700
San Francisco, CA 94107
Telephone: 415-543-3379
Facsimile: 415-956-9022
Email*:* mdesautels@ylc.org
Email: mramiu@ylc.org

ZIWEI SONG (Bar No. 313842)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: ksong@cov.com

*Counsel for Plaintiffs*
TUREKO STRAUGHTER AND K.R.

DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
KELLY COLLINS, State Bar #277988
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:      (415) 554-3914
Facsimile:      (415) 554-3837
E-Mail:         kelly.collins@sfcityatty.org

*Attorneys for Defendants*
CITY AND COUNTY OF SAN FRANCISCO,
ALLEN NANCE, SAMUEL NWIGWE,
TONI POWELL, ROGER GAINEY,
AND KAREN SANCHEZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUREKO STRAUGHTER, et al.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>  Defendants. | Case No.: 18-cv-03651-AGT<br><br>**JOINT STATUS REPORT** |

The parties respectfully submit this joint status report pursuant to the Court's order dated February 6, 2020.  *See* Dkt. 90.

The settlement in this matter went to the Board of Supervisors for the City and County of San Francisco on December 10, 2019, and was assigned to the Government Audit and Oversight Committee. On January 16, 2020, the Committee recommended passage of the ordinance authorizing the settlement and referred the matter back for a vote by the full Board.  On February 4, 2020, the Board voted to pass the ordinance and forwarded it to the Mayor for approval and disbursement.  The Mayor approved on February 14, 2020, and the parties estimate the check for the settlement payment will issue within the next two weeks.

The parties do not believe any action is needed from the Court at this time. If the Court is inclined to require a further status report, the parties respectfully recommend setting the next status report deadline for April 17, 2020.

DATED:  March 16, 2020          Respectfully submitted,

By:    */s/*  
　　Meredith Desautels Taft (Bar No. 259725)  
　　Maria Ramiu (Bar No. 146497)  
　　YOUTH LAW CENTER

　　Ziwei Song (Bar No. 313842)  
　　COVINGTON & BURLING LLP  
　　*Attorneys for Plaintiffs*

　　DENNIS J. HERRERA  
　　City Attorney  
　　CHERYL ADAMS  
　　Chief Trial Deputy  
　　KELLY COLLINS

By:    */s/*  
　　KELLY COLLINS  
　　*Attorneys for Defendants*  
　　CITY AND COUNTY OF SAN FRANCISCO, ALLEN NANCE, SAMUEL NWIGWE, TONI POWELL, ROGER GAINEY, AND KAREN SANCHEZ

I, Meredith Desautels Taft, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED:  March 16, 2020

Respectfully submitted,

By: ____*/s/*_____

Meredith Desautels Taft (Bar No. 259725)
YOUTH LAW CENTER
*Attorney for Plaintiffs*