MEREDITH DESAUTELS (Bar No. 259725)
MARIA RAMIU (Bar No. 146497)
YOUTH LAW CENTER
832 Folsom Street, Suite 700
San Francisco, CA 94107
Telephone: 415-543-3379
Facsimile: 415-956-9022
Email: mdesautels@ylc.org
Email: mramiu@ylc.org

ZIWEI SONG (Bar No. 313842)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: ksong@cov.com

*Counsel for Plaintiffs*
TUREKO STRAUGHTER AND K.R.

DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
KELLY COLLINS, State Bar #277988
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3914
Facsimile:    (415) 554-3837
E-Mail:       kelly.collins@sfcityatty.org

*Attorneys for Defendants*
CITY AND COUNTY OF SAN FRANCISCO,
ALLEN NANCE, SAMUEL NWIGWE,
TONI POWELL, ROGER GAINEY,
AND KAREN SANCHEZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUREKO STRAUGHTER, et al.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>          Defendants. | Case No.:  18-cv-03651-AGT<br><br>**JOINT STATUS REPORT** |

The parties respectfully submit this joint status report pursuant to the Court's order dated March 31, 2020.  *See* Dkt. 95.

The settlement in this matter went to the Board of Supervisors for the City and County of San Francisco on December 10, 2019, and was assigned to the Government Audit and Oversight Committee. On January 16, 2020, the Committee recommended passage of the ordinance authorizing the settlement and referred the matter back for a vote by the full Board.  On February 4, 2020, the Board voted to pass the ordinance and forwarded it to the Mayor for approval and disbursement.  The Mayor approved on February 14, 2020, and plaintiffs' counsel confirmed receipt of both settlement checks on April 6, 2020. The parties are now working on a stipulation of dismissal, pending resolution of a discovery issue in a pending case that may require modification of the protective order in this action.[1]

The parties do not believe any action is needed from the Court at this time. If the Court is inclined to require a further status report, the parties respectfully recommend setting the next status report deadline for May 15, 2020.

DATED:  April 17, 2020            Respectfully submitted,

By:    */s/ Meredith Desautels Taft*
  Meredith Desautels Taft (Bar No. 259725)
  Maria Ramiu (Bar No. 146497)
  YOUTH LAW CENTER

  Ziwei Song (Bar No. 313842)
  COVINGTON & BURLING LLP
  *Attorneys for Plaintiffs*

  DENNIS J. HERRERA
  City Attorney
  MEREDITH B. OSBORN
  Chief Trial Deputy
  KELLY COLLINS

By:    */s/ Kelly Collins*
  KELLY COLLINS
  *Attorneys for Defendants*

---

[1] The other case, *Abdullah v. City & County of San Francisco*, No. 19-cv-05526-LB (N.D. Cal.), was not administratively related to this action because this action had already settled in principle by the time *Abdullah* was filed.

I, Meredith Desautels Taft, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED:  April 17, 2020              Respectfully submitted,

                                        By:     */s/ Meredith Desautels Taft*
                                              Meredith Desautels Taft (Bar No. 259725)
                                              YOUTH LAW CENTER
                                              *Attorney for Plaintiffs*