United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUREKO STRAUGHTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 18-cv-03651-AGT <br><br> **CONDITIONAL DISMISSAL** <br><br> Re: ECF No. 96 |

The parties have notified the Court that they have reached a settlement in this matter and plaintiffs' counsel confirmed receipt of the settlement checks on April 6, 2020. ECF No. 96 at 2. The parties have further advised the Court that they are working on a stipulation of dismissal, pending resolution of a discovery issue in another case that may require modification of the protective order in this action. *Id.* Given this information, the Court hereby conditionally dismisses the case without prejudice. If the parties notify the Court within sixty days of the date of this order, i.e., before June 16, 2020, that their stipulation of dismissal will not be finalized by June 16, the Court will either amend this order or will vacate this order and schedule a status conference. If the parties do not file such a notification by June 16, the action will be dismissed with prejudice. All currently set due dates in the case are vacated.

**IT IS SO ORDERED.**

Dated: April 17, 2020

_____
ALEX G. TSE
United States Magistrate Judge